**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE A. FARBER, ESQ. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff HOLLYNN D'LIL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>vs.<br><br>TAQUERIA MI PUEBLO; DAVID BEATRIZ; GEORGE H. MOORE LOGGING AND LUMBER, INC.; and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. CV 09-1900 JSW<br>Civil Rights<br><br>**REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT; [Proposed] ORDER OF DISMISSAL** |

    Thanks to the efforts of the ADR Department and Mediator Jamie Dupree, Esq., the parties are pleased to report they have reached a complete settlement in all respects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses and costs. The parties have memorialized the settlement through written agreement, and request the dismissal of the action with prejudice, with the Court maintaining

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction; Order: Case No. 09-1900 JSW**

continuing jurisdiction to interpret and enforce the settlement agreement.

Dated: December 2, 2009         THIMESCH LAW OFFICES
                                TIMOTHY S. THIMESCH, ESQ.
                                GENE FARBER, ESQ. – Of Counsel

                                /S/ Signature Authorized
                                Attorneys for Plaintiff
                                CRAIG YATES

**APPROVED AS TO FORM:**

Dated: December 2, 2009         MITCHELL B. GREENBERG, ESQ.
                                ABBEY, WEITZENBERG, WARREN &
                                EMERY

                                /S/ Signature Authorized
                                Attorneys for Attorneys for Defendants
                                TAQUERIA MI PUEBLO; DAVID BEATRIZ; and
                                GEO. H. MOORE LOGGING AND LUMBER, INC.

**ORDER**

~~SO ORDERED.~~  Based upon the parties' stipulation, the Court DISMISSES this action with prejudice.  However, the Court declines to retain jurisdiction over the settlement agreement.

Dated: February 17, 2010

*Jeffrey S. White*
JUDGE JEFFREY S. WHITE
U.S. DISTRICT COURT

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Request for Dismissal With Retained Jurisdiction; Order: Case No. 09-1900 JSW         — 2 —